IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY MICHENER, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:17-cv-00218-NBF |
| | ) |
| v. | ) *Filed Electronically* |
| | ) |
| METROPOLITAN LIFE INSURANCE COMPANY, VERIZON LONG-TERM DISABILITY PLAN FOR MID-ATLANTIC ASSOCIATES, and THE VERIZON EMPLOYEE BENEFITS COMMITTEE, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cathy Michener and Defendants Metropolitan Life Insurance Company, Verizon Long-Term Disability Plan for Mid-Atlantic Associates and The Verizon Employee Benefits Committee stipulate to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own attorney's fees and costs. A Proposed Order is attached.

Dated: October 24, 2017                      Respectfully submitted,

/s/ *Tybe A.Brett*                           /s/ *Peter D. Post*
Tybe A. Brett, Esquire                       Peter D. Post, Esquire
PA ID No. 30064                              PA ID No. 16804
tbrett@fdpklaw.com                           peter.post@ogletreedeakins.com
**FEINSTEIN, DOYLE, PAYNE**                  **OGLETREE, DEAKINS, NASH,**
**& KRAVEC, LLC**                            **SMOAK & STEWART, PC**
Law & Finance Building, 13th Floor           One PPG Place,
429 Fourth Avenue                            Suite 1900
Pittsburgh, PA 15219                         Pittsburgh, PA 15222
Ph. (412) 281-8400                           Ph. (412) 394-3343
Fax: (412) 281-1007                          Fax: (412) 232-1799

Attorney for Plaintiff                       Attorney for Defendants