## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHY MICHENER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17-cv-00218-NBF |
| | ) | |
| v. | ) | *Filed Electronically* |
| | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, VERIZON LONG-TERM | ) | |
| DISABILITY PLAN FOR MID-ATLANTIC | ) | |
| ASSOCIATES, and THE VERIZON | ) | |
| EMPLOYEE BENEFITS COMMITTEE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, to-wit, this 24th day of October, 2017, the Stipulation of Dismissal filed by Plaintiff Cathy Michener and Defendants Metropolitan Life Insurance Company, Verizon Long-Term Disability Plan for Mid-Atlantic Associates and The Verizon Employee Benefits Committee is hereby approved and this civil action is dismissed with prejudice subject to the terms of said Stipulation.

BY THE COURT:

_____
The Honorable Nora Barry Fischer
Chief Magistrate Judge
United States District Court